FLEISCHAUER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Margaret Fleischauer against the City of New York. No opinion. Application denied, with $10 costs. Order signed.

FLIS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Michael Flis against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

FLYNN, Respondent, v. BOLAND, Appellant, et al. SAME v. ROACHE et al. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Actions by Patrick H. Flynn against William A. Boland impleaded with others, and against J. Benedict Roache, impleaded with others.

PER CURIAM. Order overruling demurrer affirmed, with $10 costs and disbursements, with leave to answer within 20 days after service upon the attorney for the defendant Boland of a copy of the order of this court with notice of entry, and payment of the costs in this court and in the court below. Order denying motion to require plaintiff to serve a reply affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1107.

HOWARD, J., not voting.

FLYNN, Respondent, v. ROACHE et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. November 11, 1915.) Actions by Patrick H. Flynn against J. Benedict Roache and another. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1107.

FORD, Respondent, v. HEANEY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Eva T. Ford against John W. Heaney and others. J. B. Knox, of New York City, for appellants. G. G. Reynolds, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FORD, Respondent, v. JOHN WANAMAKER, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Emily Ford against John Wanamaker, a corporation. S. P. Anderton, of New York City, for appellant. O. N. Jacoby, of New York City, for respondent. No opinion. Order reversed, and motion granted. Order filed. See, also, 153 N. Y. Supp. 1115.

FORSTER, Respondent, v. RAEDER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Mary Forster against Emil Raeder. No opinion. Orders affirmed, with $10 costs and disbursements.

FOSMIRE, Respondent, v. SATULOFF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Ella L. Fosmire, as administratrix, etc., against Barneth Satuloff and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $167 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. *Held*, that there is no sufficient evidence of plaintiff's damage on account of the undelivered apples to support that part of the verdict based thereon, and that part of the verdict is against the weight of the evidence.

In re FOURNIER'S WILL. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of the probate of a paper propounded as the last will and testament of John F. Fournier, deceased, etc. No opinion. Motion denied, with $10 costs. See, also, 155 N. Y. Supp. 1107.

In re FOURNIER'S WILL. (Supreme Court, Appellate Division, Second Department. November 10, 1915.) In the matter of the probate of a paper propounded as the last will and testament of John F. Fournier, deceased. No opinion. Motion granted, and matter referred to Robert S. Pelletreau, Esq., to ascertain and report the value of the services of the attorney for the appellant. Settle order on notice before Mr. Justice Stapleton. See, also, 155 N. Y. Supp. 1107.

FOX, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Mary Fox against Isadore M. Brown.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 740.

HOWARD, J., dissents.

FOX v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Henry E. Fox against the City of New York and others. No opinion. Motion granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 1037.

FOX, Respondent, v. ISENBERGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Morris Fox against David W. Isenbergh. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re FRAMBERG. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Abram M. Framberg. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice.

FRANK v. HOWE. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adam Frank against Charles M. Howe. No opinion. Motion granted, with $10 costs. Order filed. See, also, 166 App. Div. 915, 151 N. Y. Supp. 1116.